IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY D. MULDROW**                                                                 **PLAINTIFF**

v.                                  **CASE NO. 4:24-CV-00171-BSM**

**UNITED STATES,** *et al.*                                                        **DEFENDANTS**

## ORDER

Larry Muldrow has paid the filing fee and brought this *pro se* case under the Federal Tort Claims Act. Doc. Nos. 1–2. Under Federal Rule of Civil Procedure 4(c)(1) and (m), Muldrow must serve defendants with a copy of his complaint, amended complaint, and summons within ninety days of filing. The clerk of court is directed to issue summons for the United States Attorney General, the United States Attorney for the Eastern District of Arkansas, the Department of Veterans Affairs, Robin Duty (at the address of the Department of Veterans Affairs) and mail them to Muldrow. *See* Fed. R. Civ. P. 4(i). Muldrow must serve each defendant with a copy of the summons and complaint by Monday, May 27, 2024. *See* Fed. R. Civ. P. 4(l)(1). This case will be dismissed unless proof of service is filed on or before **Monday, May 27, 2024**, or he establishes good cause for the failure to serve summons and complaint on defendants. *See* Local Rule 5.5(c)(2).

Local Rule 5.5(c)(2) requires *pro se* litigants to (1) promptly notice of any change of address; (2) monitor the progress of the case; and (3) prosecute or defend the action diligently. Failure by a *pro se* plaintiff to respond to any communication within thirty days may result in the dismissal of the case.

IT IS SO ORDERED this 27th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE