IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY D. MULDROW**                                                                                  **PLAINTIFF**

v.                              CASE NO. 4:24-CV-00171-BSM

**UNITED STATES OF AMERICA and**
**ROBIN DUTY, Official, Veteran Affairs**                                          **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 19th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE